# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WINDHAM,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>JEFF BEARD, et al.,<br><br>　　　　　　Respondents. | Case No. CV 13-2345-SVW (JEM)<br><br>REPORT AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE JUDGE |

## INTRODUCTION

On April 2, 2013, Charles Windham ("Petitioner"), a state prisoner, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("Petition"). On May 10, 2013, the United States Magistrate Judge issued a Report and Recommendation ("R&R"), recommending that the Petition be dismissed without prejudice. On May 31, 2013, Petitioner filed Objections to the R&R ("Objections").

## DISCUSSION

The R&R recommends that the Petition be summarily dismissed without prejudice because "Petitioner's claims regarding inadequate prison grievance procedures at [Kern Valley State Prison ("KVSP") in Kern County, California,] and the failure of the Los Angeles County Superior Court to provide him with copies do not implicate the fact or duration of his confinement and are not cognizable on federal habeas review." (R&R at 3.) In his

Objections, Petitioner clarifies that his Petition challenges the inadequate prison grievance procedures at California State Prison - Los Angeles County ("CSP-LAC"), not KVSP as stated in the R&R. (Objections at 2.) Petitioner further objects that the proper judicial district to pursue a civil rights action concerning his prison grievance procedure claim would be the Central District of California, therefore, not the Eastern District of California as stated in the R&R. (Objections at 2; R&R at 3.) However, Petitioner's Objections concede that the Petition fails to challenge the fact or duration of Petitioner's confinement. (Objections at 2.) Accordingly, notwithstanding Petitioner's Objections, Petitioner's claims are not cognizable on federal habeas review, and the pending Petition must be summarily dismissed.

## CONCLUSION

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, the Report and Recommendation of the United States Magistrate Judge, and the Objections to the Report and Recommendation. The Court accepts the findings and recommendations of the Magistrate Judge.

**IT IS HEREBY ORDERED** that judgment be entered dismissing this action without prejudice.

DATED: August 1, 2013

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE