# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WINDHAM, <br><br> Petitioner, <br><br> v. <br><br> JEFF BEARD, et al., <br><br> Respondents. | Case No. CV 13-2345-SVW (JEM) <br><br> **JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed without prejudice.

DATED: August 1, 2013

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE